EDDIE MATTHEWS, III

VERSUS

STATE OF LOUISIANA

NO. 24-KH-495

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

November 14, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** EDDIE MATTHEWS, III

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-NINTH JUDICIAL DISTRICT COURT, PARISH OF ST CHARLES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE LAUREN D. ROGERS, DIVISION "E", NUMBER 18,443

---

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Marc E. Johnson

**WRIT GRANTED**

Relator, Eddie Matthews, III, seeks mandamus relief regarding an application for post-conviction relief ("APCR"), and various motions filed by Relator in conjunction with the APCR that the 29th Judicial District Court has not ruled upon. Relator's conviction and sentence was affirmed by this Court in *State v. E.M.*, 22-293 (La. App. 5 Cir. 2/27/23), 359 So.3d 90, *writ denied*, 23-419 (La. 10/10/23), 371 So.3d 452. On July 9, 2024, Relator filed an APCR and motions for appointment of counsel, an evidentiary hearing, and subpoena duces tecum. A week later, the district court ordered the State to file any objections to Relator's APCR no later than thirty days from the date of the order. Relator, in turn, was to file his response to the State's objections no later than September 16, 2024. Relator advises that he filed a response to the State's objections, but he did not include a copy of his response with his writ application.

This Court was unable to access the 29th Judicial District Court record for this case on the Clerk of Court's electronic database. Further, Relator filed the instant application on October 18, 2024, more than three months after filing his APCR and other motions in the district court. *See*, *e.g.*, *State ex rel. Coleman v. 23rd Judicial District Court, for the Parish of St James*, 21-114 (La. App. 5 Cir. 03/19/21) (ordering the district court to rule on an APCR filed two months before the filing of the writ application).

Considering the foregoing, the writ is granted. The district court is ordered to rule on Relator's APCR and all outstanding motions filed on July 9, 2024 within 15 days of this disposition, if it has not already done so. We further order the district court to provide Relator and this Court with copies of its rulings.

Gretna, Louisiana, this 14th day of November, 2024.

**MEJ**
**SMC**
**FHW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **11/14/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-495**

### E-NOTIFIED

29th Judicial District Court (Clerk)
Honorable Lauren D. Rogers (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED

Eddie Matthews, III #364114 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426

Hon. Joel T. Chaisson, II (Respondent)
District Attorney
Twenty-Ninth Judicial District Court
Post Office Box 680
Hahnville, LA 70057